UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JAICE P.,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )   Case No. 5:20-cv-78<br>  )<br> KILOLO KIJAKAZI, Commissioner,  )<br> Social Security Administration,[1]  )<br>  )<br>  Defendant.  )  | |

## ORDER
### (Doc. 28)

Pursuant to the mandate of the United States Court of Appeals for the Second Circuit (Doc. 28), issued on June 30, 2022, the decision of the Social Security Administration dated March 11, 2020 (AR 1309) and the Judgment issued on June 2, 2021 (Doc. 24) are VACATED, and the matter is REMANDED to the agency for further proceedings concerning Plaintiff's entitlement to benefits.

Dated at Rutland, in the District of Vermont, this 5th day of July, 2022.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court

---

[1] Dr. Kilolo Kijakazi is now the Commissioner of Social Security and is substituted as the defendant under Fed. R. Civ. P. 25(d).